### BRYANT v. THE STATE.
(Decided May 20, 1915.)

CERTIORARI to Court of Appeals.

SMITH & WILKINSON, for petitioner. WILLIAM L. MARTIN, Attorney General, and J. P. MUDD, Assistant Attorney General, contra.

MAYFIELD, J.—Writ denied to review the judgment and decision of the Court of Appeals in the case of *Leonard Bryant v. The State*, 68 South. 704. (13 Ala. App.)

All the Justices concur.